1  KILPATRICK TOWNSEND & STOCKTON LLP
2  LARRY W. MCFARLAND (Bar No. 129668)
   lmcfarland@kilpatricktownsend.com
3  9720 Wilshire Blvd PH
   Beverly Hills, CA 90212
4  Telephone: 310 777 3750
   Facsimile: 310 388 5917
5
6  KILPATRICK TOWNSEND & STOCKTON LLP
   KRISTOPHER L. REED (Bar No. 235518)
7  kreed@kilpatricktownsend.com
   MIRANDA C. ROGERS (admitted *pro hac vice*)
8  mrogers@kilpatricktownsend.com
   1400 Wewatta Street, Suite 600
9  Denver, CO 80202
   Telephone:303 571 4000
10 Facsimile: 303 571 4321
11
   KILPATRICK TOWNSEND & STOCKTON LLP
12 FREDERICK L. WHITMER (admitted *pro hac vice*)
   fwhitmer@kilpatricktownsend.com
13 The Grace Building
   1114 Avenue of the Americas
14 New York, NY 10036-7703
   Telephone:212 775 8700
15 Facsimile: 212 775 8800
16
   Attorneys for Plaintiffs
17

18              **UNITED STATES DISTRICT COURT**
19           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
20

| 21 | HUNTER DOUGLAS INC. and ANDREW J. TOTI TESTAMENTARY TRUST, | Case No. 16-cv-01308-SJO-KS |
|---|---|---|
| 22 | | |
| 23 | Plaintiffs, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NORMAN INTERNATIONAL ARIZONA, LLC BY PERSONAL SERVICE ON MARCH 22, 2016** |
| 24 | v. | |
| 25 | NIEN MADE ENTERPRISE CO. LTD., NORMAN INTERNATIONAL, INC., RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A., NORMAN INTERNATIONAL | |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | COLORADO, LLC, |
| | NIEN ADVANCED SOLUTIONS |
| 2 | d/b/a NORMAN WINDOW |
| | FASHIONS, |
| 3 | INTERNATIONAL WINDOW |
| | TREATMENTS, INC. d/b/a CUSTOM |
| 4 | CRAFT CO., |
| | NORMAN INTERNATIONAL |
| 5 | ARIZONA, LLC, |
| | NORMAN INTERNATIONAL |
| 6 | DALLAS, LLC, |
| | NORMAN INTERNATIONAL |
| 7 | FLORIDA, LLC, |
| | NORMAN INTERNATIONAL |
| 8 | ILLINOIS, LLC, |
| | NORMAN INTERNATIONAL LAS |
| 9 | VEGAS, LLC, |
| | NORMAN INTERNATIONAL SAN |
| 10 | JOSE, LLC, and |
| | NORMAN INTERNATIONAL |
| 11 | VIRGINIA LLC, |
| 12 | Defendants. |

Complaint Filed:   February 25, 2016
Trial Date:   None Set

For: Kristopher L. Reed
Kilpatrick Townsend & Stockton LLP
1400 Wewatta St., Ste. 600
Denver, CO 80202

United States District Court, Central District of California
Case No. 16-cv-01308-SJO-KS
Plaintiffs: HUNTER DOUGLAS, INC., et al.
Defendants: NIEN MADE ENTERPRISE CO. LTD., et al.

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Report on the Filing of an Action Regarding a Patent; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Report on the Filing of an Action Regarding a Patent; Notice to Filer of Deficiencies in Attorney Case Opening; Notice of *Pro Hac Vice* Application and Filing Fee Due to Miranda C. Rogers; Notice of *Pro Hac Vice* Application and Filing fee Due to Frederick L. Whitmer; Order to Transfer Patent Case to the Patent Pilot Program; Initial Standing Order for Cases Assigned to Judge S. James Otero; Notice of Appearance of Counsel (Larry W. McFarland); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Miranda C. Rogers); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Frederick L. Whitmer); Notice of Lodging Certificate of Standing to Pro Hac Vice Application of Miranda C. Rogers; Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Rogers); Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Whitmer).

3. Party served: Norman International Arizona, LLC
   Person served: Kathi Jill, Office Manager

4. Address where party was served: 2250 W. Broadway Rd., Unit #104, Mesa, AZ, 85202

5. I served the party by personal service. I personally delivered the document listed in item 2 to the party or person authorized to received service of the process for the party on March 22, 2016 at 1:45 p.m.

6. Person who served papers: Sarah Ziralcian, Arizona Quick Serve, 9393 N. 90th St. Suite 121, Scottsdale, AZ 85258

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/28/2016
Date

Sarah Zimkim
Server's signature