1  KILPATRICK TOWNSEND & STOCKTON LLP
2  LARRY W. MCFARLAND (Bar No. 129668)
   lmcfarland@kilpatricktownsend.com
3  9720 Wilshire Blvd PH
   Beverly Hills, CA 90212
4  Telephone: 310 777 3750
   Facsimile: 310 388 5917
5
6  KILPATRICK TOWNSEND & STOCKTON LLP
   KRISTOPHER L. REED (Bar No. 235518)
7  kreed@kilpatricktownsend.com
   MIRANDA C. ROGERS (admitted *pro hac vice*)
8  mrogers@kilpatricktownsend.com
   1400 Wewatta Street, Suite 600
9  Denver, CO 80202
   Telephone:303 571 4000
10 Facsimile: 303 571 4321
11
12 KILPATRICK TOWNSEND & STOCKTON LLP
   FREDERICK L. WHITMER (admitted *pro hac vice*)
13 fwhitmer@kilpatricktownsend.com
   The Grace Building
14 1114 Avenue of the Americas
   New York, NY 10036-7703
15 Telephone:212 775 8700
   Facsimile: 212 775 8800
16
17 Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC. and ANDREW J. TOTI TESTAMENTARY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NIEN MADE ENTERPRISE CO. LTD.,<br>NORMAN INTERNATIONAL, INC.,<br>RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A.,<br>NORMAN INTERNATIONAL | Case No. 16-cv-01308-SJO-KS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NORMAN INTERNATIONAL FLORIDA, LLC BY PERSONAL SERVICE ON MARCH 23, 2016** |

|    |                                                                 |
|----|-----------------------------------------------------------------|
| 1  | COLORADO, LLC,                                                  |
|    | NIEN ADVANCED SOLUTIONS                                         |
| 2  | d/b/a NORMAN WINDOW                                             |
|    | FASHIONS,                                                       |
| 3  | INTERNATIONAL WINDOW                                            |
|    | TREATMENTS, INC. d/b/a CUSTOM                                   |
| 4  | CRAFT CO.,                                                      |
|    | NORMAN INTERNATIONAL                                            |
| 5  | ARIZONA, LLC,                                                   |
|    | NORMAN INTERNATIONAL                                            |
| 6  | DALLAS, LLC,                                                    |
|    | NORMAN INTERNATIONAL                                            |
| 7  | FLORIDA, LLC,                                                   |
|    | NORMAN INTERNATIONAL                                            |
| 8  | ILLINOIS, LLC,                                                  |
|    | NORMAN INTERNATIONAL LAS                                        |
| 9  | VEGAS, LLC,                                                     |
|    | NORMAN INTERNATIONAL SAN                                        |
| 10 | JOSE, LLC, and                                                  |
|    | NORMAN INTERNATIONAL                                            |
| 11 | VIRGINIA LLC,                                                   |
| 12 | Defendants.                                                     |

Complaint Filed: February 25, 2016
Trial Date: None Set

For: Kristopher L. Reed
Kilpatrick Townsend & Stockton LLP
1400 Wewatta St., Ste. 600
Denver, CO 80202

United States District Court, Central District of California
Case No. 16-cv-01308-SJO-KS
Plaintiffs: HUNTER DOUGLAS, INC., et al.
Defendants: NIEN MADE ENTERPRISE CO. LTD., et al.

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Report on the Filing of an Action Regarding a Patent; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Report on the Filing of an Action Regarding a Patent; Notice to Filer of Deficiencies in Attorney Case Opening; Notice of *Pro Hac Vice* Application and Filing Fee Due to Miranda C. Rogers; Notice of *Pro Hac Vice* Application and Filing fee Due to Frederick L. Whitmer; Order to Transfer Patent Case to the Patent Pilot Program; Initial Standing Order for Cases Assigned to Judge S. James Otero; Notice of Appearance of Counsel (Larry W. McFarland); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Miranda C. Rogers); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Frederick L. Whitmer); Notice of Lodging Certificate of Standing to Pro Hac Vice Application of Miranda C. Rogers; Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Rogers); Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Whitmer).

3. Party served: Norman International Florida, LLC
   Person served: Tracy Parrish, Registered Agent

4. Address where party was served: 7100 TPC Dr., Ste. 600, Orlando, FL 32822

5. I served the party by personal service. I personally delivered the document listed in item 2 to the party or person authorized to received service of the process for the party on 3/23/16 at 10:00 a.m.

6. Person who served papers: Daniel Ward, Acer Legal Resources, Inc., 4401 E. Colonial Dr. #204F, Orlando, FL 32803, (407) 895-5200

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3-29-16        [signature]