KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (Bar No. 129668)
lmcfarland@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212
Telephone: 310 777 3750
Facsimile: 310 388 5917

KILPATRICK TOWNSEND & STOCKTON LLP
KRISTOPHER L. REED (Bar No. 235518)
kreed@kilpatricktownsend.com
MIRANDA C. ROGERS (admitted *pro hac vice*)
mrogers@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO 80202
Telephone:303 571 4000
Facsimile: 303 571 4321

KILPATRICK TOWNSEND & STOCKTON LLP
FREDERICK L. WHITMER (admitted *pro hac vice*)
fwhitmer@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
Telephone:212 775 8700
Facsimile: 212 775 8800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC. and ANDREW J. TOTI TESTAMENTARY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NIEN MADE ENTERPRISE CO. LTD.,<br>NORMAN INTERNATIONAL, INC.,<br>RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A.,<br>NORMAN INTERNATIONAL | Case No. 16-cv-01308-SJO-KS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NORMAN INTERNATIONAL LAS VEGAS, LLC BY PERSONAL SERVICE ON MARCH 26, 2016** |

|  |  |
|---|---|
| 1 | COLORADO, LLC, |
| 2 | NIEN ADVANCED SOLUTIONS d/b/a NORMAN WINDOW FASHIONS, |
| 3 | INTERNATIONAL WINDOW TREATMENTS, INC. d/b/a CUSTOM CRAFT CO., |
| 4 | NORMAN INTERNATIONAL ARIZONA, LLC, |
| 5 | NORMAN INTERNATIONAL DALLAS, LLC, |
| 6 | NORMAN INTERNATIONAL FLORIDA, LLC, |
| 7 | NORMAN INTERNATIONAL ILLINOIS, LLC, |
| 8 | NORMAN INTERNATIONAL LAS VEGAS, LLC, |
| 9 | NORMAN INTERNATIONAL SAN JOSE, LLC, and |
| 10 | NORMAN INTERNATIONAL VIRGINIA LLC, |
| 11 | Defendants. |
| 12 |  |

Complaint Filed: February 25, 2016
Trial Date: None Set

For: Kristopher L. Reed
Kilpatrick Townsend & Stockton LLP
1400 Wewatta St., Ste. 600
Denver, CO 80202

United States District Court, Central District of California
Case No. 16-cv-01308-SJO-KS
Plaintiffs: HUNTER DOUGLAS, INC., et al.
Defendants: NIEN MADE ENTERPRISE CO. LTD., et al.

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Report on the Filing of an Action Regarding a Patent; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Report on the Filing of an Action Regarding a Patent; Notice to Filer of Deficiencies in Attorney Case Opening; Notice of *Pro Hac Vice* Application and Filing Fee Due to Miranda C. Rogers; Notice of *Pro Hac Vice* Application and Filing fee Due to Frederick L. Whitmer; Order to Transfer Patent Case to the Patent Pilot Program; Initial Standing Order for Cases Assigned to Judge S. James Otero; Notice of Appearance of Counsel (Larry W. McFarland); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Miranda C. Rogers); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Frederick L. Whitmer); Notice of Lodging Certificate of Standing to Pro Hac Vice Application of Miranda C. Rogers; Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Rogers); Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Whitmer).

3. Party served: Norman International Las Vegas, LLC
   Person served: Jim Flanigan, Registered Agent

4. Address where party was served: 6812 Greengrove Dr., Las Vegas, NV 89103

5. I served the party by personal service. I personally delivered the document listed in item 2 to the party or person authorized to received service of the process for the party on March 26, 2016 at 11:25 a.m.

6. Person who served papers: Ken Jamal, Advance Process Service, P.O. Box 26391, Las Vegas, NV 89126, (888) 611-1125

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/29/16
Date

Server's signature