KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. MCFARLAND (Bar No. 129668)
lmcfarland@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA 90212
Telephone: 310 777 3750
Facsimile: 310 388 5917

KILPATRICK TOWNSEND & STOCKTON LLP
KRISTOPHER L. REED (Bar No. 235518)
kreed@kilpatricktownsend.com
MIRANDA C. ROGERS (admitted *pro hac vice*)
mrogers@kilpatricktownsend.com
1400 Wewatta Street, Suite 600
Denver, CO 80202-
Telephone:303 571 4000
Facsimile: 303 571 4321

KILPATRICK TOWNSEND & STOCKTON LLP
FREDERICK L. WHITMER (admitted *pro hac vice*)
fwhitmer@kilpatricktownsend.com
The Grace Building
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:212 775 8700
Facsimile: 212 775 8800

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC. and ANDREW J. TOTI TESTAMENTARY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>NIEN MADE ENTERPRISE CO. LTD.,<br>NORMAN INTERNATIONAL, INC.,<br>RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A.,<br>NORMAN INTERNATIONAL | Case No. 16-cv-01308-SJO-KS<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NORMAN INTERNATIONAL, INC. BY PERSONAL SERVICE ON MARCH 23, 2016** |

| | |
|---|---|
| 1 | COLORADO, LLC, |
| | NIEN ADVANCED SOLUTIONS |
| 2 | d/b/a NORMAN WINDOW |
| | FASHIONS, |
| 3 | INTERNATIONAL WINDOW |
| | TREATMENTS, INC. d/b/a CUSTOM |
| 4 | CRAFT CO., |
| | NORMAN INTERNATIONAL |
| 5 | ARIZONA, LLC, |
| | NORMAN INTERNATIONAL |
| 6 | DALLAS, LLC, |
| | NORMAN INTERNATIONAL |
| 7 | FLORIDA, LLC, |
| | NORMAN INTERNATIONAL |
| 8 | ILLINOIS, LLC, |
| | NORMAN INTERNATIONAL LAS |
| 9 | VEGAS, LLC, |
| | NORMAN INTERNATIONAL SAN |
| 10 | JOSE, LLC, and |
| | NORMAN INTERNATIONAL |
| 11 | VIRGINIA LLC, |
| 12 | Defendants. |

Complaint Filed:  February 25, 2016
Trial Date:       None Set

- 2 -

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON
NORMAN INTERNATIONAL, INC. BY PERSONAL SERVICE ON MARCH 23, 2016

For: Kristopher L. Reed
Kilpatrick Townsend & Stockton LLP
1400 Wewatta St., Ste. 600
Denver, CO 80202

United States District Court, Central District of California
Case No. 16-cv-01308-SJO-KS
Plaintiffs: HUNTER DOUGLAS, INC., et al.
Defendants: NIEN MADE ENTERPRISE CO. LTD., et al.

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Report on the Filing of an Action Regarding a Patent; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Report on the Filing of an Action Regarding a Patent; Notice to Filer of Deficiencies in Attorney Case Opening; Notice of *Pro Hac Vice* Application and Filing Fee Due to Miranda C. Rogers; Notice of *Pro Hac Vice* Application and Filing fee Due to Frederick L. Whitmer; Order to Transfer Patent Case to the Patent Pilot Program; Initial Standing Order for Cases Assigned to Judge S. James Otero; Notice of Appearance of Counsel (Larry W. McFarland); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Miranda C. Rogers); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Frederick L. Whitmer); Notice of Lodging Certificate of Standing to Pro Hac Vice Application of Miranda C. Rogers; Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Rogers); Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Whitmer).

3. Party served: Norman International, Inc.
   Person served: Nancy Bernarl, Office Assistant, authorized to accept service

4. Address where party was served: 12031 Hawkins St., Santa Fe Springs, CA 90670

5. I served the party by personal service. I personally delivered the document listed in item 2 to the party or person authorized to received service of the process for the party on 3/23/16 at 8:48 a.m.

6. Person who served papers: Jorge Rivera, Los Angeles Legal Service, 2107-D W. Commonwealth Ave., #380, Alhambra, CA 91803, (626) 289-0179

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 3/29/16

State of California, County of Los Angeles
Subscribed and sworn to (or affirmed) before me on this 29 day of March, 2016, by Jorge Rivera, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.
Signature E. Dolly Dunne
(Notary Public)

E. DOLLY DUNNE
Commission # 1996570
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2016