| | |
|---|---|
| 1 | KILPATRICK TOWNSEND & STOCKTON LLP |
| 2 | LARRY W. MCFARLAND (Bar No. 129668) |
|   | lmcfarland@kilpatricktownsend.com |
| 3 | 9720 Wilshire Blvd PH |
|   | Beverly Hills, CA 90212 |
| 4 | Telephone: 310 777 3750 |
|   | Facsimile: 310 388 5917 |
| 5 | |
| 6 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | KRISTOPHER L. REED (Bar No. 235518) |
| 7 | kreed@kilpatricktownsend.com |
|   | MIRANDA C. ROGERS (admitted *pro hac vice*) |
| 8 | mrogers@kilpatricktownsend.com |
|   | 1400 Wewatta Street, Suite 600 |
| 9 | Denver, CO 80202 |
| 10 | Telephone: 303 571 4000 |
|   | Facsimile:  303 571 4321 |
| 11 | |
| 12 | KILPATRICK TOWNSEND & STOCKTON LLP |
|   | FREDERICK L. WHITMER (admitted *pro hac vice*) |
| 13 | fwhitmer@kilpatricktownsend.com |
|   | The Grace Building |
| 14 | 1114 Avenue of the Americas |
|   | New York, NY  10036-7703 |
| 15 | Telephone: 212 775 8700 |
|   | Facsimile: 212 775 8800 |
| 16 | |
| 17 | Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNTER DOUGLAS INC. and ANDREW J. TOTI TESTAMENTARY TRUST, | Case No. 16-cv-01308-SJO-KS |
| Plaintiffs, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NIEN MADE ENTERPRISE CO. LTD. C/O RICHFIELD WINDOW COVERINGS, INC. BY PERSONAL SERVICE ON MARCH 31, 2016** |
| v. | |
| NIEN MADE ENTERPRISE CO. LTD., NORMAN INTERNATIONAL, INC., RICHFIELD WINDOW COVERINGS, INC. d/b/a NIEN MADE U.S.A., | |

- 1 -

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NIEN MADE ENTERPRISE CO. LTD. C/O RICHFIELD WINDOW COVERINGS, INC. BY PERSONAL SERVICE ON MARCH 31, 2016

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | NORMAN INTERNATIONAL COLORADO, LLC,<br>NIEN ADVANCED SOLUTIONS d/b/a NORMAN WINDOW FASHIONS,<br>INTERNATIONAL WINDOW TREATMENTS, INC. d/b/a CUSTOM CRAFT CO.,<br>NORMAN INTERNATIONAL ARIZONA, LLC,<br>NORMAN INTERNATIONAL DALLAS, LLC,<br>NORMAN INTERNATIONAL FLORIDA, LLC,<br>NORMAN INTERNATIONAL ILLINOIS, LLC,<br>NORMAN INTERNATIONAL LAS VEGAS, LLC,<br>NORMAN INTERNATIONAL SAN JOSE, LLC, and<br>NORMAN INTERNATIONAL VIRGINIA LLC,<br><br>               Defendants. |

Complaint Filed:  February 25, 2016
Trial Date:  None Set

- 2 -

PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON NIEN MADE ENTERPRISE CO. LTD. C/O RICHFIELD WINDOW COVERINGS, INC. BY PERSONAL SERVICE ON MARCH 31, 2016

For: Kristopher L. Reed
Kilpatrick Townsend & Stockton LLP
1400 Wewatta St., Ste. 600
Denver, CO 80202

United States District Court, Central District of California
Case No. 16-cv-01308-SJO-KS
Plaintiffs: HUNTER DOUGLAS, INC., et al.
Defendants: NIEN MADE ENTERPRISE CO. LTD., et al.

## PROOF OF SERVICE

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the: Summons in a Civil Action; Complaint for Patent Infringement; Civil Cover Sheet; Report on the Filing of an Action Regarding a Patent; Certification and Notice of Interested Parties; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Report on the Filing of an Action Regarding a Patent; Notice to Filer of Deficiencies in Attorney Case Opening; Notice of *Pro Hac Vice* Application and Filing Fee Due to Miranda C. Rogers; Notice of *Pro Hac Vice* Application and Filing fee Due to Frederick L. Whitmer; Order to Transfer Patent Case to the Patent Pilot Program; Initial Standing Order for Cases Assigned to Judge S. James Otero; Notice of Appearance of Counsel (Larry W. McFarland); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Miranda C. Rogers); Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Frederick L. Whitmer); Notice of Lodging Certificate of Standing to Pro Hac Vice Application of Miranda C. Rogers; Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Rogers); Order on Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* (Whitmer).

3. Party served: Nien Made Enterprise Co., Ltd. c/o Richfield Window Coverings, Inc.
   Person served: Harjit Singh, Registered Agent, by serving Nancy Vernal, Floor Supervisor, Authorized to Accept Service of Process

4. Address where party was served: 12301 Hawkins St., Santa Fe Springs, CA 90670

5. I served the party by personal service. I personally delivered the document listed in item 2 to the party or person authorized to received service of the process for the party on March 31. 2016 at 10:20 a.m.

6. Person who served papers: John R. Shultz, Reg. Process Server #PSC2407, Orange County, c/o Saddleback Attorney Service, 1801-F Parkcourt Pl., Ste. 100, Santa Ana, CA 92701, (714) 973-9202

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 4/1/16

John R. Shultz, #PSC2407